DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 449P11-15 | State v. Charles Everette Hinton | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed<br><br>**Ervin, J., recused** |
|---|---|---|---|
| 452P16 | State v. John Eddie Mangum | 1. Def's Motion for Temporary Stay (COA16-344) | 1. Allowed **12/16/2016** Dissolved **03/16/2017** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's Notice of Appeal Based Upon a Constitutional Question | 3. — |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. State's Motion to Dismiss Appeal | 5. Allowed |
| 455P16 | State v. William Sheldon Howell | ·1. State's Motion for Temporary Stay (COA16-303) | 1. Allowed **12/20/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 456P16 | In the Matter of W.C.D. | Respondent-Mother's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA16-351) | Denied |
| 457P16 | State v. Eric Scott Turner | Def's PDR Under N.C.G.S. § 7A-31 (COA16-214) | Denied |
| 459P16 | State v. James Howard Killian | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA16-268) | 1. Denied |
| | | 2. Def's Motion for Temporary Stay | 2. Allowed **12/22/2016** Dissolved **03/16/2017** |
| | | 3. Def's Petition for *Writ of Supersedeas* | 3. Denied |
| | | 4. State's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Dismissed as *moot* |
| 463P16 | State v. Dwayne Hoyte Dockery | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Buncombe County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |